In the Matter of the Claim of ANDREW BERVILACQUA, Respondent, against STEPHEN C. CLARK et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 18, 1929; decided April 16, 1929.)

*William B. Davis* and *E. C. Sherwood* for appellants. *Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs, on the ground that the disability caused solely by the accident is due to the loss of a member.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.